SEYFARTH SHAW LLP
Gerald L. Maatman, Jr., *pro hac vice* (IL SBN 0618016)
Richard P. McArdle, *pro hac vice*  (IL SBN 6216504)
131 South Dearborn Street, #2400
Chicago, Illinois  60603
Telephone:  (312) 460-5000
Facsimile:   (312) 460-7000
Email:  gmaatman@seyfarth.com
Email:  rmcardle@seyfarth.com

SEYFARTH SHAW LLP
Kristina M. Launey (SBN. 221335)
400 Capitol Mall, Suite 2350
Sacramento, CA  95814-4428

Telephone: (916) 448-0159
Facsimile:  (916) 558-4839
Email:  klauney@seyfarth.com

Attorneys for Defendant,
C.H. ROBINSON WORLDWIDE, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

| | |
|---|---|
| SCOTT D. HYDER, et al, <br><br>     Plaintiffs, <br><br> v. <br><br> C.H. ROBINSON WORLDWIDE, INC., <br><br>     Defendant. | Case No. 1:07-cv-00665-AWI-DLB <br><br> **ORDER GRANTING STAY OF PROCEEDINGS PENDING JUDICIAL APPROVAL OF AGREED SETTLEMENT** <br><br> Date: July 23, 2007 <br> Time: 1:30 p.m. <br> Judge: Anthony W. Ishii <br> Ctrm: 3 |

This matter coming before the Court on DEFENDANT'S UNOPPOSED MOTION TO STAY PROCEEDINGS PENDING JUDICIAL APPROVAL OF AGREED SETTLEMENT, this Court, having jurisdiction over the matter, orders a stay of proceedings for 120 days while the parties finalize settlement.

IT IS SO ORDERED.

**Dated:   June 4, 2007**                     /s/ Anthony W. Ishii
                                                            UNITED STATES DISTRICT JUDGE